IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:26-MJ-00064--EPG |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| LUPE MOSES DELGADO, | |
| Defendant. | |

The United States arrested the defendant, Lupe Moses Delgado, and applied to this Court for the complaint and arrest warrant in above-captioned proceeding to be unsealed. As a result of his arrest, the need to seal the complaint has ceased.

IT IS THEREFORE ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:  __**July 6, 2026**__                          _____

STANLEY A. BOONE
United States Magistrate Judge

1